

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Carlos McCain, | § | No. 08-19-00219-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20180D02769) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 9, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Todd D. Morten, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 9, 2020.

IT IS SO ORDERED this 12th day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.